Donald L. Kreindler (DK 5858)
dkreindler@ phillipsnizer.com
Jeremy D. Richardson (JR 7706)
jrichardson@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
CAROLE HOCHMAN DESIGN GROUP, INC.,   :   **ECF CASE**
                                                               :
                                              Plaintiff,:   Docket No. 07 CV 7699 (LAK) (DCF)
                                                               :
                     -against-                             :   **F.R.C.P. 7.1 STATEMENT**
                                                               :
FOREVER 21, INC.,                                  :
                                                               :
                                              Defendants.:
---------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Carole Hochman Design Group, Inc. (a non-governmental party), certifies that it has *no* corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated:  New York, New York
           August 20, 2007

                                                            PHILLIPS NIZER LLP

                                                            By: _s/ Donald L. Kreindler_
                                                            Donald L. Kreindler (DK 5858)
                                                            Jeremy D. Richardson (JR 7706)
                                                            Attorneys for Plaintiff
                                                            666 Fifth Avenue
                                                            New York, New York 10103-0084
                                                            (212) 977-9700

1015864.1