AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

Southern District of New York

CAROLE HOCHMAN DESIGN GROUP, INC.,
        Plaintiff

  V.

FOREVER 21, INC.,

      Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'07 CIV 7699**

**JUDGE KAPLAN**

TO: (Name and address of Defendant)
Forever 21, Inc.
2001 South Alameda Street
Los Angeles, California 90058

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald L. Kreindler
Phillips Nizer LLP
666 Fifth Avenue
**New York, New York 10103-0084**

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          AUG 2 9 2007

CLERK               DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CAROLE HOCHMAN DESIGN GROUP, INC.,
　　　　　　　　　　Plaintiff

V.

FOREVER 21, INC.,
　　　　　　　　　Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7699**

**JUDGE KAPLAN**

TO: (Name and address of Defendant)
Forever 21, Inc.
2001 South Alameda Street
Los Angelees, California 90058

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald L. Kreindler
Phillips Nizer LLP
666 Fifth Avenue
**New York, New York 10103-0084**

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON　　　　　　　　　　　　AUG 2 9 2007

CLERK　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | |
| Plaintiff: CAROLE HICHMAN DESIGN GROUP, INC. | | |
| Defendant: FOREVER 21, INC. | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: 07 CIV 7699 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; JUDGES RULES

3. a. Party served:        FOREVER 21, INC.
   b. Person served:       DENA LAPORTA, NATIONAL REGISTERED AGENTS, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:    2030 MAIN STREET
                                          SUITE 1030
                                          IRVINE, CA  92614

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Sep. 04, 2007 (2) at: 11:55AM

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PREMYSL LAPCIK                   d. *The Fee for Service was:*
   b. **LEGALEASE, INC.**              e. I am: (3) registered California process server
      139 FULTON STREET                    (i)   Independent Contractor
      NEW YORK, NY 10038                   (ii)  Registration No.:  PSC 2021
   c. 212.393.9070                         (iii) County:            Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Sep. 04, 2007

Judicial Council Form                 PROOF OF SERVICE            (PREMYSL LAPCIK)
Rule 982.9.(a)&(b) Rev January 1, 2007      SUMMONS                                           3939070.8164