**MEMO ENDORSED**

# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212 262 5152

600 Old Country Road
Garden City, NY 11530-2011
516.229.9400
Fax 516.229.9612

45 Essex Street
Hackensack, NJ 07601
201.646.1684
Fax 201.646.1764

www.phillipsnizer.com

Jeremy D. Richardson
212.841.0541
jrichardson@phillipsnizer.com

September 28, 2007

By Electronic-Mail
(orders_and_judgments@nysd.uscourts.gov)

Hon. Lewis A. Kaplan
United States District Court Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: **Carole Hochman Design Group v. Forever 21**
SDNY Case No. 07 CV 7699

Dear Judge Kaplan:

Enclosed please find the Consent Scheduling Order for the above action.

Counsel for Forever 21, Mr. Kwon, is not admitted to practice before the Federal District Court for the Southern District of New York. However, the parties are attempting to settle this matter and Forever 21 wishes to avoid the expense of retaining local counsel unless this matter cannot be settled. Mr. Kwon requests Your Honor's permission to sign the Consent Scheduling Order on behalf of Forever 21. Carole Hochman does not object to Forever 21's request.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

Respectfully submitted,

Jeremy D. Richardson

JDR:wp
Enclosure

cc: Young Kwon, Esq.

SO ORDERED

LEWIS A. KAPLAN, USDJ

1019686.1