PHILLIPS NIZER LLP
Donald L. Kreindler (DK 5858)
Jeremy D. Richardson (JR 7706)
666 Fifth Avenue
New York, New York 10103
(212) 977-9700

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CAROLE HOCHMAN DESIGN GROUP, INC.,       :

                Plaintiff,    :     Civil Action No. 07-CV-07699 (LAK)

     -against-    :

FOREVER 21, INC.,    :     ECF CASE

                Defendant.    :
------------------------------------------------------------X

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Carole Hochman Design Group, Inc. by its attorneys, Phillips Nizer LLP, hereby dismisses the above action, with prejudice and without costs against any party, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
January 2, 2008

PHILLIPS NIZER LLP

By: _____
Donald L. Kreindler (DK 5858)
Jeremy D. Richardson (JR 7706)
666 Fifth Avenue
New York, New York 10103
(212) 977-9700

Attorneys for Plaintiff

SO ORDERED:

_____
United States District Judge Lewis A. Kaplan

{00891155.1}
1028974.3

7